LAWRANCE A. BOHM, ESQ., (SBN 208716)
BIANCA N. SMITH, ESQ., (SBN 269963)
**BOHM LAW GROUP**
4600 Northgate Blvd., Suite 210
Sacramento, CA 95834
Phone (916) 927-5574
Fax (916) 927-2046

Attorneys for Plaintiff
DINESH BHAI

SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
E-mail:  mgrajski@seyfarth.com
Anthony Musante (SBN 252097)
E-mail:  amusante@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
MOTEL 6 OPERATING L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINESH BHAI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOTEL 6 OPERATING L.P., and DOES 1-100, inclusive,<br><br>　　　　　Defendant. | Case No.  2:11-cv-01775-MCE-EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Hon. Morrison C. England, Jr. |

**TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their attorneys of record and subject to Court approval, to the following:

1

1.   Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: November 18, 2011          By:   */s/ Lawrance A. Bohm*
                                        LAWRANCE A. BOHM, ESQ.
                                        BIANCA N. SMITH, ESQ.

                                        Attorneys for Plaintiff
                                        DINESH BHAI

Dated: Friday, November 18, 2011  By:   */s/ Anthony Musante*
                                        ANTHONY MUSANTE, ESQ.

                                        Attorney for Defendant
                                        MOTEL 6 OPERATING L.P.

This entire action is dismissed with prejudice.  All parties to bear his, her or its own costs and attorneys' fees.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED:**

Dated:  November 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE