1  LAWRANCE A. BOHM, ESQ., (SBN 208716)
   BIANCA N. SMITH, ESQ., (SBN 269963)
2  **BOHM LAW GROUP**
   4600 Northgate Blvd., Suite 210
3  Sacramento, CA 95834
   Phone (916) 927-5574
4  Fax (916) 927-2046

5  Attorneys for Plaintiff
   DINESH BHAI
6

7  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
8  E-mail:  mgrajski@seyfarth.com
   Anthony Musante (SBN 252097)
9  E-mail:  amusante@seyfarth.com
   400 Capitol Mall, Suite 2350
10 Sacramento, California 95814
   Telephone:  (916) 448-0159
11 Facsimile:  (916) 558-4839

12 Attorneys for Defendant
   MOTEL 6 OPERATING L.P.
13

14                    IN THE UNITED STATES DISTRICT COURT

15              FOR THE EASTERN DISTRICT OF CALIFORNIA

16 DINESH BHAI,

17              Plaintiff,                    Case No.  2:11-cv-01775-MCE-EFB

18     v.                                     STIPULATION AND ORDER FOR
                                              DISMISSAL WITH PREJUDICE
19 MOTEL 6 OPERATING L.P.,  and DOES 1-
   100, inclusive,                            [Fed. R. Civ. P. 41(a)]
20
                                              Hon. Morrison C. England, Jr.
21              Defendant.

22

23

24     **TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

25     IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through

26 their attorneys of record and subject to Court approval, to the following:

27

28
                                         1

Stipulation and Order for Dismissal with Prejudice
BHAI v. MOTEL 6 OPERATING L.P., et al.

1.      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant agree to the dismissal of the entire action with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated: November 18, 2011          By:     */s/ Lawrance A. Bohm*
                                    LAWRANCE A. BOHM, ESQ.
                                    BIANCA N. SMITH, ESQ.

                                    Attorneys for Plaintiff
                                    DINESH BHAI

Dated: Friday, November 18, 2011      By:     */s/ Anthony Musante*
                                    ANTHONY MUSANTE, ESQ.

                                    Attorney for Defendant
                                    MOTEL 6 OPERATING L.P.

      This entire action is dismissed with prejudice.  All parties to bear his, her or its own costs and attorneys' fees.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED:**

Dated:  November 28, 2011

                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

Stipulation and Order for Dismissal with Prejudice
BHAI v. MOTEL 6 OPERATING L.P., et al.